IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:06CR3171 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ALBERT HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of the government's Motion to Continue Evidentiary Hearing and Motion for Extension of Time to File Response to Defendant's Motion to Suppress, filing 17,

IT IS SO ORDERED that the Motion is granted. The evidentiary hearing is continued to March 15, 2007 at 2:30 p.m. and the government is given until February 16, 2007 to file a response to the defendant's Motion to Suppress.

Dated this 2nd day of February, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge