IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3171 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALBERT HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

1.   The government's Motion to Continue Suppression Hearing, filing 22, is granted .

2.   The hearing on defendant's motion to suppress, filing 14, is continued to March 20, 2007 at 9:00 a.m.

Dated this 12th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge