IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>              Plaintiff,              )<br>                                                              )<br>       vs.                                               )<br>                                                              )<br> ALBERT HERNANDEZ,                   )<br>                                                              )<br>              Defendant.            ) | 4:06CR3171<br><br>**ORDER** |

On the oral motion of the defendant,

IT IS ORDERED that the hearing on the defendant's anticipated plea of guilty is rescheduled before the undersigned United States district judge to **11:30 a.m.** on Thursday, June 14, 2007, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

May 31, 2007.                                       BY THE COURT:

                                                              s/ *Richard G. Kopf*
                                                              United States District Judge