IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3171 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AMENDED** |
| | ) | **ORDER** |
| ALBERT HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant,

IT IS ORDERED that the hearing on the defendant's **sentencing** is rescheduled before the undersigned United States district judge to **11:30 a.m.** on Thursday, June 14, 2007, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska. The Clerk of Court shall strike filing 35.

May 31, 2007.                           BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge